# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | | |
|---|---|---|
| CHRYSTA SMITH BLAIR, | § § § § § § § § § § | |
| Plaintiff, | | CIVIL ACTION NO. 4:19-CV-00451-CAN |
| v. | | |
| COMMISSIONER, SSA, | | |
| Defendant. | | |

## MEMORANDUM OPINION AND ORDER

The Court, having reviewed Plaintiff's Motion and Memorandum for Attorney's Fees pursuant to the Equal Access to Justice Act [Dkt. 18] and the Commissioner's Response [Dkt. 21], wherein the Commissioner does not object to the requested fee, finds that Plaintiff's Motion is well taken and should be granted. Accordingly,

It is therefore **ORDERED** that Plaintiff's Motion and Memorandum for Attorney's Fees pursuant to the Equal Access to Justice Act [Dkt. 18] is **GRANTED**, and the Commissioner is directed to pay five thousand, one hundred twenty-one dollars and fifty-five cents ($5,121.55) in attorney's fees; payment shall be made payable to Plaintiff and mailed to Plaintiff's counsel of record.

**IT IS SO ORDERED**.

**SIGNED this 30th day of March, 2020.**

_____
Christine A. Nowak
UNITED STATES MAGISTRATE JUDGE